

**DOUGHERTY LEVENTHAL & PRICE L.L.P.**

SEAN P. MCDONOUGH, ESQ.
Board Certified in Civil Trial Advocacy
by the National Board of Trial Advocacy

75 Glenmaura National Blvd. • Moosic, PA 18507
Tel: (570) 347-1011 • Fax: (570) 347-7028
smcdonough@dlplaw.com

July 6, 2012

Alan Smith
GZ-2324
SCI Mahanoy
301 Morea Road
Frackville, PA 17932
SPECIAL MAIL - OPEN ONLY IN THE
PRESENCE OF THE INMATE

**FILED
HARRISBURG

JUL 0 9 2012

MARY E. D'ANDREA, CLERK
Per_____
         Deputy Clerk**

Re:   Alan Smith v. Janine Donate, et al.
      No. 4:10-CV-2133

Dear Mr. Smith:

Please allow this letter to serve as Defendants' response to Magistrate Judge Carlson's June 7, 2012 Order in which he has required Defendants to provide you with information regarding instances which occurred between 2001 and 2011 involving the named Defendants being disciplined for infractions regarding failure to report the use of excessive force, misconduct relating to the preservation of evidence following inmate assaults and the neglect of duties in matters affecting institutional security like inmate assaults or escapes.

Attached please find a table which represents the information obtained by undersigned counsel during a review of the personnel files of the named Defendants. I believe that this table satisfies the Judge's Order.

Thank you.

Very truly yours,

Sean P. McDonough, Esquire

SPM/kkc
enclosure
cc:   Honorable Martin C. Carlson (w/enclosure)
      Richard Jones
      Sharon Eggert

1-877-DLP-9700     www.DLPlaw.com

| 459 Wyoming Avenue | Business Exchange Building | 25 Intervale Road |
| Kingston, PA 18704 | 100 West Broad Street, Suite 103 | Honesdale, PA 18431 |
| Tel: (570) 288-1427 | Hazleton, PA 18201 | Tel: (570) 253-3161 |
| Fax: (570) 288-0799 | Tel: (570) 501-2828 | Fax: (570) 253-9493 |
|                    | Fax: (570) 501-2888 |                    |

ALAN SMITH vs. DONATE et al. (LACKAWANNA CO.)
MIDDLE DISTRICT # 4:10-CV-2133

| Name of Defendant | Date of Incident | Alleged Misconduct | Whether Disciplinary Hrg Conducted | Result of Hearing and action taken |
|---|---|---|---|---|
| | | | | |
| Frank Chiarelli | 1/17/10 incident in booking area during shift | failure to complete required reports involving shift and failure to correct behavior and failure to initiate disciplinary charges against employees | Disciplinary Hearing 3/11/10 | 3 day suspension w/out pay |
| | | | | |
| Nancy Carroll | 8/8/10 - Assault on Pinto by Simonson | | Hearing conducted on 12/9/10 | Demoted from Lt. To Correctional Officer on 12/18/10 |
| | | | | |
| William Shanley | | Inappropriate inferences and insubordination | 11/21/06 Hearing conducted | received ltr of warning |
| | | | | |
| Isaac Hebron | 5/6/02 | verbal argument with Armark Employee | | received verbal warning |
| Isaac Hebron | 6/1/10 incident in parking lot area of prison | Violation of conduct | 6/11/10 hearing held | received written reprimand |
| | | | | |
| Michael Mallick | 8/8/10 Pinto assault by inmate | | 12/9/10 hearing held - | 12/18/10 received 60 day suspension without pay |

| Name of Defendant | Date of Incident | Alleged Misconduct | Whether Disciplinary Hrg Conducted | Result of Hearing and action taken |
|---|---|---|---|---|
| | | | | |
| Michael Zemantuski | 9/13/11 – Simonson Escape | disregarding orders | 10/5/11 | Terminated 10/7/11 |
| | | | | |
| Jason Talutto | 8/8/10 Pinto Assault by inmate | whereabouts during assault | 8/16/10 hearing | 12/9/10 received 5 day suspension without pay |
| | | | | |
| Joseph Maloney | | | | terminated on 2/15/11 |
| | | | | |
| Patrick (Rick) Capone | 6/11/06 | | | suspended without pay |
| Patrick (Rick) Capone | 1/17/07 | | | Received 12 month probation and had to complete ARD program |
| | | | | |
| | | | | |