Telephone (717) 221-3960

August 16, 2012

Stephen M. Greecher, Jr.
Tucker Arensberg, P.C.
111 North Front Street
P. O. Box 889
Harrisburg, PA 17108

    Re:   *Alan Smith v. Nancy Carrol, et al.*
           Civil No.  4:10-CV-2133

Dear Mr. Greecher:

    I write to request that you refer the case referenced above to a member of the panel formed by the Federal Bar Association to assist *pro se* litigants. I have enclosed a copy of the docket, the complaint, defendants' answer, the last report and recommendation of the magistrate judge, my order on that report and recommendation, and various discovery orders. Please note that discovery has essentially closed but for some information recently ordered by me to be supplied by the defendants to the plaintiff. I have deferred setting a date for trial and pretrial conference until the *Pro Bono* panel determines whether counsel can be obtained for this plaintiff.

    Please advise if anyone on the panel will accept this case. Thank you for your attention to this matter.

                              Very truly yours,

                              s/Sylvia H. Rambo
                              Sylvia H. Rambo
                              United States District Judge

Enclosures

cc:   Alan Smith, *Pro Se,* w/out enclosures
      Sean P. McDonough, Esquire, w/out enclosures
      File